UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE TIMOTHY C. STANCEU

| | |
|---|---|
| Tokyo Ohka Kogyo America Inc. | : |
| | : |
| Plaintiff, | : |
| | : Court No. 17-00284 |
| v. | : |
| | : |
| United States, | : |
| | : |
| Defendant. | : |
| | : |

## Order

Upon consideration of plaintiff's consent motion to sever protests numbers 2809-08-100277, covering 28 entries, and 2809-09-100345, covering 8 entries, identified in the Summons filed in this Action, and to include the severed protests and entries in a separate court action, and upon all relevant papers and after due deliberation and good cause, it is

**ORDERED** that protest numbers 2809-08-100277 and 2809-09-100345, including each entry identified on the protests, is severed from this Action and included in a new, separate court action. The Clerk of the Court is hereby directed to designate new Court Number 21-00371 for the severed protests and protested entries and to inform the parties to this Action of this new Court Number.

   /s/ Timothy C. Stanceu
The Honorable Timothy C. Stanceu

Dated: New York, New York

This  2nd day of July, 2021