UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TOKYO OHKA KOGYO AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 21-00371 |

## COMPLAINT

Plaintiff, Tokyo Ohka Kogyo America, Inc. ("TOK") through its undersigned attorney, alleges the following as its Complaint to contest the jurisdictional issue:

1. This is a civil action commenced to contest the decision of the United States Customs and Border Protection ("CBP" hereafter) and denial of the protests set forth on the attached Schedule A pursuant to 19 U.S.C. §1515.

2. The entries subject to this action were liquidated on the dates set forth on the attached Schedule A.

3. The protests were timely filed pursuant to 19 U.S.C. § 1514(a), as amended, to contest the classification, rate and amount of duties chargeable upon liquidation of certain photoresists and all other chemical products for photographic uses.

{0179867.DOCX;1}

4. The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1581(a).

5. TOK has standing to bring this action pursuant to 28 U.S.C. § 2631(a), as it is the importer of record of the merchandise that is the subject of this action and is the party who filed the protest pursuant to 19 U.S.C. § 1514.

6. All liquidated duties, taxes, and fees on the subject entries were paid prior to the commencement of this action.

7. The imported merchandise to which this action relates is identified or described as photoresists and all other chemical products for photographic uses.

8. Plaintiff's attorney did not receive notifications of denial for Protest Nos. 2809-08-100277 and 2809-09-100345.

9. On September 15, 2017, via certified mail, return receipt requested, plaintiff mailed Customs requests for accelerated disposition for Protest Nos. 2809-08-100277 and 2809-09-100345.

10. Under 19 C.F.R. § 174.30 the protests were deemed denied within 30 thirty days of the request, or on October 16, 2017.

11. TOK timely filed Summons 17-00284 (ECF 1) on December 21, 2017, commencing the action within the time specified pursuant to 28 U.S.C. § 2636 to contest the classification of the subject photoresists.

Tokyo Ohka Kogyo America, Inc. v. United States
Court No. 21-00371
Page 3

12. On August 2, 2021, the Court granted the motion to sever Protest Nos. 2809-08-100277 and 2809-09-100345 from Ct 17-00284 and designate the protests under Ct. 21-00371 (ECF 12).

## Prayer for Relief

**WHEREFORE**, Plaintiff, TOK, respectfully requests this Court to enter judgment in favor of Plaintiff, TOK, to set aside the denial for Protest No. 2809-08-100277 of July 3, 2008; and the denial of Protest No. 2809-09-100345 of August 27, 2009, and to rule that the protests were deemed denied by operation of law on October 16, 2017;

For such other and further relief as the Court deems just and proper.

Dated:  June 26, 2023                    Respectfully submitted,

                                          /s/ George R. Tuttle, Sr
                                         George R. Tuttle, Sr.
                                         Law Offices of George R. Tuttle, A P.C.
                                         3950 Civic Center Drive, Ste 310
                                         San Rafael, CA 94903
                                         (415) 986-8780
                                         Attorneys for TOKYO OHKA KOGYO
                                                AMERICA, INC.

Plaintiff:  TOKYO OHKA KOGYO AMERICA, INC.
Port of Entry: San Francisco, CA
Court No.: 21-00371

# SCHEDULE A

| Protest No | Protest Date | Protest Denied | Entry Num | Entry Date | Liq Date |
|---|---|---|---|---|---|
| 280908-100277 | 5/27/2008 | 10/16/2017 | EE6-8093505-7 | 1/23/2007 | 12/7/2007 |
| | | | EE6-8093509-9 | 1/23/2007 | 12/7/2007 |
| | | | EE6-8093534-7 | 1/24/2007 | 12/7/2007 |
| | | | EE6-8093675-8 | 1/30/2007 | 12/14/2007 |
| | | | EE6-8093676-6 | 1/30/2007 | 12/14/2007 |
| | | | EE6-8093733-5 | 2/1/2007 | 12/14/2007 |
| | | | EE6-8093856-4 | 2/6/2007 | 12/21/2007 |
| | | | EE6-8093858-0 | 2/6/2007 | 12/21/2007 |
| | | | EE6-8093915-8 | 2/8/2007 | 12/21/2007 |
| | | | EE6-8094091-7 | 2/15/2007 | 12/28/2007 |
| | | | EE6-8094218-6 | 2/20/2007 | 1/4/2008 |
| | | | EE6-8094276-4 | 2/22/2007 | 1/4/2008 |
| | | | EE6-8094351-5 | 2/26/2007 | 1/11/2008 |
| | | | EE6-8094378-8 | 2/27/2007 | 1/11/2008 |
| | | | EE6-8094392-9 | 2/27/2007 | 1/11/2008 |
| | | | EE6-8094564-3 | 3/6/2007 | 1/18/2008 |
| | | | EE6-8094632-8 | 3/8/2007 | 1/18/2008 |
| | | | EE6-8094746-6 | 3/13/2007 | 1/25/2008 |
| | | | EE6-8094819-1 | 3/15/2007 | 2/1/2008 |
| | | | EE6-8094933-0 | 3/20/2007 | 2/1/2008 |
| | | | EE6-8094972-8 | 3/21/2007 | 2/1/2008 |
| | | | EE6-8095032-0 | 3/23/2007 | 2/1/2008 |
| | | | EE6-8095129-4 | 3/27/2007 | 2/8/2008 |
| | | | EE6-8095194-8 | 3/29/2007 | 2/8/2008 |
| | | | EE6-8095292-0 | 4/3/2007 | 2/15/2008 |
| | | | EE6-8095293-8 | 4/3/2007 | 2/15/2008 |
| | | | EE6-8095457-9 | 4/10/2007 | 2/22/2008 |
| | | | EE6-8095614-5 | 4/17/2007 | 2/29/2008 |
| 2809-09-100345 | 7/1/2009 | 10/16/2017 | EE6-8103694-7 | 2/18/2008 | 1/2/2009 |
| | | | EE6-8103786-1 | 2/21/2008 | 1/2/2009 |
| | | | EE6-8103979-2 | 2/28/2008 | 1/9/2009 |
| | | | EE6-8104157-4 | 3/6/2008 | 1/16/2009 |
| | | | EE6-8104227-5 | 3/10/2008 | 1/23/2009 |

Tokyo Ohka Kogyo America, Inc. v. United States
Court No. 21-00371
Page 5

| Protest No | Protest Date | Protest Denied | Entry Num | Entry Date | Liq Date |
|---|---|---|---|---|---|
| 2809-09-100345 | 7/1/2009 | 10/16/2017 | EE6-8104322-4 | 3/13/2008 | 1/23/2009 |
| | | | EE6-8104399-2 | 3/17/2008 | 1/30/2009 |
| | | | EE6-8104451-1 | 3/20/2008 | 1/30/2009 |